**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ERICK LESHAWN WILLIAMS** **PLAINTIFF**

**v.** **CASE NO. 4:26-cv-00816-JM**

**DOE** **DEFENDANT**

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 16th day of November, 2026.

UNITED STATES DISTRICT JUDGE